# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-261-RJC-DCK

| | |
|---|---|
| VANGUARD GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW PHILIP SNIPES, and TOPSAIL ) <br> WEALTH MANAGEMENT, LLC, ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by John A. Zaloom, concerning Sarah E. Bouchard, on July 1, 2022. Sarah E. Bouchard seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Sarah E. Bouchard is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: July 1, 2022

David C. Keesler
United States Magistrate Judge