# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-261-RJC-DCK

| | |
|---|---|
| **VANGUARD GROUP, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **MATTHEW PHILIP SNIPES, and TOPSAIL WEALTH MANAGEMENT, LLC,** | ) ) |
| | ) |
| **Defendant**. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by John A. Zaloom, concerning Benjamin K. Jacobs, on July 1, 2022. Benjamin K. Jacobs seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Benjamin K. Jacobs is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: July 1, 2022

David C. Keesler
United States Magistrate Judge